IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
IN OPEN COURT

AUG 2 3 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

ROBERT SCOTT MORRIS,

Defendant.

Case No. 2:22-cr-81

## STATEMENT OF FACTS

The United States and the defendant, ROBERT SCOTT MORRIS (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On the afternoon of December 31, 2021, the Virginia Beach Police Department ("VBPD") was conducting an undercover investigation of online sharing of visual depictions of minors engaging in sexually explicit conduct. Using a peer-to-peer sharing program, detectives downloaded a group of approximately 547 files from an Internet Protocol ("IP") address. Those files contained depictions of child erotica as well as minors engaging in sexually explicit conduct, including depictions of very young children, such as a female infant having her genitals licked by a dog, and a 1 to 2 year-old-girl whose arms are bound to bed and legs are spread open to expose her genitalia.

2. An administrative subpoena to Verizon for the Virginia Beach IP address identified the subscriber as ROBERT MORRIS at a residence in Virginia Beach, who had held the account since August 2018. The VBPD obtained a search warrant for the Virginia Beach residence, which it executed on February 8, 2022.

1

3. After being advised of his rights pursuant to *Miranda v. Arizona*, MORRIS agreed to speak with VBPD. He stated he had lived alone at the Virginia Beach residence since 2018. When asked how long he had been looking at child pornography specifically, he said "it really popped up in the last three months I think." He stated he was using programs such as Telegram (which is an encrypted social messaging application), an "Internet Download Manager," and file-sharing networks. When asked when he thinks he last downloaded child pornography, he indicated he thought it was last December (2021). He said he would typically delete the files after viewing them. MORRIS remembered obtaining files depicting bestiality and sado-masochistic conduct.

4. An examiner from the Department of Homeland Security – Homeland Security Investigations ("HSI") conducted a forensic review of MORRIS' electronic devices that were seized pursuant to the search warrant. His Dell laptop computer contained approximately 22 images and 5 videos depicting minors engaged in sexually explicit conduct. Associated metadata indicated the defendant had downloaded these files in January 2022 from two social messaging applications, Telegram and Discord. These files were all thumbnails, indicating they had been viewed and then deleted. One such file, with file name ending in "0003ac.jpeg," depicts two nude female children, approximately four to six years old, with their legs spread open exposing their genitalia. An adult female is lying nude between them.

5. The laptop also contained approximately 1,561 child erotica images and 13 child erotica videos. The forensic exam also indicated that on December 31, 2021, the laptop had the Qbittorrent program installed, which was the same file-sharing program from which VBPD had downloaded child pornography files from MORRIS. The laptop also had Telegram installed. It also had artifacts indicating the use of another application, Reddit, to chat about and trade links

2



and files of juvenile models. One of defendant's external hard drive further contained approximately, 10,820 child erotica images and 653 child erotica videos. No files containing child pornography were on the defendant's external hard drive.

6. Defendant's Dell laptop computer, and the hard drives contained therein, were manufactured outside of the Commonwealth of Virginia. Qbittorrent, Telegram, and Discord necessarily require use of the Internet, and the defendant's use of those programs described herein were in and affecting interstate commerce. The Internet is an interconnected network of computers with which one communicates when on-line, is a network that crosses state and national borders, and is a facility of interstate and foreign commerce.

7. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

8. On or about January 4, 2022, in Virginia Beach, within the Eastern District of Virginia, and elsewhere, defendant ROBERT SCOTT MORRIS, did knowingly receive and knowingly attempt to receive a visual depiction using a means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, an example of which being a file identified by file name ending in "0003ac.jpeg".

9. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
E. Rebecca Gantt
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, ROBERT SCOTT MORRIS, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
ROBERT SCOTT MORRIS

I am Greg McCormack, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Greg McCormack, Esq.
Attorney for ROBERT SCOTT MORRIS