USN



