IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED IN OPEN COURT
DEC 1 5 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:22CR081 |
| | ) |
| ROBERT MORRIS, | ) |
| | ) |
| *Defendant.* | ) |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 2259, the defendant is ordered to pay restitution in the amount of **$14,000.00**.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victims' names, addresses, and respective total loss amounts are listed in Attachment A to this Restitution Order.

4. Interest:

   ✓ is waived.

   ____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ 260 per month ~~or 25 percent of net income, whichever is greater~~, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 600 Granby Street, Norfolk, Virginia 23510.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis.

_____
Honorable Elizabeth W. Hanes
United States District Judge

ENTERED this 15th day of Dec, 2022

at Norfolk, Virginia

WE ASK FOR THIS:

Jessica D. Aber
United States Attorney

_____
E. Rebecca Gantt
Assistant United States Attorney

SEEN AND AGREED:

_____
Robert Morris
Defendant

_____
Greg D. McCormack
Counsel for Defense

2

## ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Carol L. Hepburn, P.S.<br>In Trust for Lily<br>P.O. Box 17718<br>Seattle, WA 98127 | $4,000 |
| Carol L. Hepburn, P.S.<br>In Trust for Violet<br>P.O. Box 17718<br>Seattle, WA 98127 | $4,000 |
| Lenahan Law Firm<br>In Trust for April<br>2655 Villa Creek, Suite 222<br>Dallas, TX 75234 | $3,000 |
| Carol L. Hepburn, P.S.<br>In Trust for Pia<br>P.O. Box 17718<br>Seattle, WA 98127 | $3,000 |
| **Total due from defendant:** | **$14,000.00** |